The Court approves the stipulated remand
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RANDY ROSEN, Administrator of the Estate of Rita Rosen, | ) ) ) | Case No. 1:23-cv-01184-JG |
| Plaintiff, | ) ) ) | Judge James S. Gwin |
| v. | ) ) | |
| MONTEFIORE, *et al.*, | ) ) | |
| Defendants. | ) | |

**JOINT STIPULATION TO REMAND**

Plaintiff Randy Rosen, Administrator of the Estate of Rita Rosen, and Defendants Montefiore, the Montefiore Foundation, the Montefiore Home, the Montefiore Housing Corporation, the Menorah Park Foundation, and Ariel Hyman (collectively, the "Parties"), by and through their counsel, hereby stipulate and agree to the remand of this action to the Cuyahoga County Court of Common Pleas, where it bears the case number CV 21954152.[1] In support of their Stipulation, the Parties state:

1. Plaintiff commenced this action in the Cuyahoga County Court of Common Pleas on October 8, 2021.

2. On November 5, 2021, Defendants Montefiore, the Montefiore Foundation, the Montefiore Home, the Montefiore Housing Corporation, the Menorah Park Foundation (the Facility Defendants) removed the action to this Court.

3. On January 31, 2022, this Court remanded the action to state court. *Rosen v. Montefiore*, 582 F. Supp. 3d 553 (N.D. Ohio 2022).

---

[1] Defendants Tina R. King and Marie Gelle have not appeared in these proceedings in either this Court or the state court.